# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 17, 2023

## NO. 03-22-00706-CV

**H. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND JONES**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order signed by the trial court on October 14, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.